UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN M. RICE,
  Plaintiff,

v.  CIVIL ACTION NO. 23-11940-NMG

STEVEN KENNEDY, et al.,
  Defendants.

REPORTS AND RECOMMENDATION ON PENDING MOTIONS
(##51 AND 52, IN PART; #50)

KELLEY, U.S.M.J.

Pro se plaintiff Jordan M. Rice, an inmate at the Souza-Baranowski Correctional Center ("SBCC"), alleges that numerous Massachusetts Department of Correction ("DOC") officials engaged in misconduct while he was incarcerated at Old Colony Correctional Center ("OCCC") and MCI Cedar Junction and while he has been incarcerated at SBCC in retaliation for his lawsuit in Rice v. Resendes, et al., #17-cv-11059-LTS. (#1.) Plaintiff has been granted extensions of time to complete service. (#40; #45.) He represents that some defendants have been served and that the U.S. Marshal is in the process of serving others. (#50 (under seal) ¶ 10; #51 ¶ 19.) No defendant has appeared, through counsel or otherwise.

Through two motions dated May 1, 2024, docketed as ##51 and 50, and a third motion dated May 5, 2024, amending #51 and docketed as #52, plaintiff seeks what this court construes as injunctive relief.[1] Plaintiff claims a "criminal Kill or be Killed obstruction scheme to stop [him] from litigating this lawsuit" and asks the court to address the "obstruction scheme" before he "snap[s]" and "potentially" causes "significant injury and/or kill[s] over this torture...." (#50 at 4.)

---

[1] Requests for other relief in ##51 and 52 were addressed by separate electronic order. See #55.

After consideration of plaintiff's objection thereto (Docket No. 67) Report and Recommendation is accepted and adopted.

/s/ NMGorton, USDJ 07/10/2024