UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN M. RICE,
　　Plaintiff,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 23-11940-NMG

STEVEN KENNEDY, et al.,
　　Defendants.

ORDERS ON PENDING NON-DISPOSITIVE MOTIONS

REPORT AND RECOMMENDATION ON #171[1]

KELLEY, U.S.M.J.

　　The court assumes familiarity with its December 13, 2024, Order on then pending non-dispositive motions and Report and Recommendation on plaintiff's motion seeking to stop the Department of Correction ("DOC") from censoring his mail and to locate and return his property. (#152.)[2] In the December 13 Order, the court, once again, extended the deadline to complete service, until February 28, 2025. As of December 13, 2024, almost sixteen months after plaintiff filed his complaint, there was no proof of service and DOC (or other) counsel had not entered an appearance for ten defendants: Bishop,[3] Dumornay, Evans, Ford (John Doe No. 1), Kasprzak, Lebrun, Lodico, Pacheco, Samuels, and M. Wetherbee. (#152 at 2.)

---

[1] This case has recently been referred to this court for full pre-trial purposes, including reports and recommendation on dispositive motions. (#195.)

[2] No timely objections were filed to the December 13 Report and Recommendation, which Judge Gorton has not yet adopted or rejected.

[3] A return indicates that Bishop was not served. (#58.)

After consideration of plaintiff's objections thereto (Docket No 204), Report and Recommendation is accepted and adopted.

　　　　　　　　　　　　　　　　　NMGorton, USDJ 05/29/2025