UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JORDAN M. RICE,

    Plaintiff,

v.                                        CIVIL ACTION NO. 23-11940-NMG

STEVE KENNEDY, et al.,

    Defendants.

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION TO DISMISS (#98) AND ON
APRIL 8, 2025 ORDER THAT PLAINTIFF SHOW CAUSE (#197)[1]

KELLEY, U.S.M.J.

I. Introduction

On August 22, 2023, pro se plaintiff Jordan M. Rice, an inmate at the Souza-Baranowski Correctional Center ("SBCC"), brought suit against more than fifty Massachusetts Department of Correction ("DOC") officials he alleges engaged in a wide variety of misconduct during his incarceration at SBCC, and elsewhere,[2] in retaliation for an earlier lawsuit he filed against certain DOC officials (*Rice v. Resendes, et al.*, Civil Action No. 17-11059-LTS). (#1.) Plaintiff's complaint alleges violations of his rights under the First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution, in addition to claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq., and the

---

[1] On April 8, 2025, this case was referred to this court for full pre-trial purposes, including reports and recommendations on dispositive motions. *See* #195.

[2] Specifically, the Old Colony Correctional Center ("OCCC") and MCI Cedar Junction ("MCI CJ"), two other DOC facilities. (#1 ¶¶ 3, 59.)

*After consideration of plaintiff's objections thereto (Docket No. 222), Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, SUSDJ 08/11/2025*